United States District Court
Southern District of Texas
**ENTERED**
September 14, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HARSHA D. SOLANKI, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-CV-03250 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of the Social | § | |
| Security Administration, | § | |
| *Defendant.* | § | |
| | § | |

## ORDER OF ADOPTION

On August 3, 2016 Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 11), recommending that Solanki's motion for summary judgment be denied, the Commissioner's motion for summary judgment be granted, and final judgment be entered affirming the Commissioner's final decision. The plaintiff timely objected (Dkt. 17).

After due consideration of the entire record and the applicable law, the Court overrules the objections and hereby ADOPTS the memorandum and recommendation as this Court's opinion.

Signed at Houston, Texas, this **13** day of **Sept**, 2016.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE